**SEALED**
**FILED**
SEP 12 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
(916) 448-2900 FAX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Search of Empire Buffet (aka: Empire Buffet, Inc.), 3583 Sonoma Blvd., Vallejo, CA 94590 | NO. 2 0 8 - SW - 0 3 8 3  GGH<br><br>[PROPOSED] ORDER<br><br>[IN CAMERA AND UNDER SEAL] |

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the search warrant in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, <u>in camera</u> and <u>under seal</u>. Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

4

IT IS HEREBY ORDERED that the affidavit underlying the search warrant in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person until the filing of the search warrant.

Dated this 12th day of September, 2008. *

By: __GREGORY G. HOLLOWS__
GREGORY G. HOLLOWS
United States Magistrate Judge

Presented by:

_/s/ Kyle Reardon_
KYLE REARDON
Assistant U.S. Attorney

* Attachments A and B are not to be sealed. Cooney

5